CHESTER A. BRAMAN and Others, Copartners, etc., under the Firm Name and Style of A. D. JUILLIARD & COMPANY, Respondents, v. M. W. LEVINE & COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOHN R. WALKER, Appellant, v. THE ALBANY SAVINGS BANK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ALLEN CURTIS and Others, Respondents, v. MAX M. HIRSON and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE BARRETT COMPANY, Respondent, v. S. A. JACOBSON Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of CHARLOTTE VOIT, Respondent, v. EMANUEL FIDUCIA, Appellant. — Judgment affirmed. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

MATTHEW J. O'NEILL, JR., an Infant, etc., by MATTHEW J. O'NEILL, His Guardian ad Litem, Appellant, v. DANIEL MEENAN and Another, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

OSCAR L. GUBELMAN and Others, as Partners, etc., and Another, Respondents, v. JAMES CARSTAIRS and Others, as Partners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling Laughlin, Page, Merrell and Greenbaum, JJ.

TILLIE TAUSIG v. DAVID KANTOR.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SOLOMON L. PAKAS v. ANNIE BELLAMY and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES GOLDMAN v. LOUIS MARGOLIS.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before the 1st day of April, 1922. Present — Dowling, Laughlin, Smith Merrell and Greenbaum, JJ.

TRIANGLE FILM CORPORATION v. HARRY E. AIKEN and Others.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of GEORGE MCANENY and Others, Constituting the Transit Commission, for an Order Requiring the Board of Estimate and Apportionment to Make an Appropriation, etc.* — Motion granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

---

* See Public Service Commission Law, § 14, as amd. by Laws of 1921, chap. 134.— [REP.